IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ABRAHAM RAMEY, #160238, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-1064-TMH |
| ) | [WO] |
| CEDRICK SPECKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #23) filed on June 7, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #22) entered on May 24, 2013 is adopted;

3. The defendants' motion for summary judgment is GRANTED and this case is DISMISSED with prejudice; and

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 20th day of June, 2013.

  /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE